EL PUEBLO, DEMANDANTE Y APELADO, *v.* DELIZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Aguadilla en un delito contra el derecho electoral.

No. 780.—Resuelto en abril 13, 1915.

Resuelto por los fundamentos de la opinión emitida en el caso No. 779, *El Pueblo v. Deliz*, pág. 335.

Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.*
Abogado del apelante: *Sr. Luis Llorens Torres.*

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.